IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BERKSHIRE RESOURCES, L.L.C., ) | |
| BERKSHIRE (40L), L.L.P., ) | Case No. 1:09-cv-0704 SEB-JMS |
| BERKSHIRE 2006-5, L.L.P., ) | |
| PASSMORE-5, L.L.P., ) | |
| GUEYDAN CANAL 28-5, L.L.P., ) | |
| GULF COAST DEVELOPMENT #12, L.L.P., ) | |
| DRILLING DEEP IN THE LOUISIANA WATER, J.V., ) | |
| JASON T. ROSE, DAVID G. ROSE, MARK D. LONG, ) | |
| and YOLANDA C. VELAZQUEZ, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| BRIAN C. ROSE and JOYCE A. ROSE, ) | |
| ) | |
| Relief Defendants. ) | |

**UNOPPOSED MOTION FOR SECOND ENLARGEMENT OF
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Yolanda C. Velazquez ("Velazquez"), by counsel, pursuant to S.D. Ind. L.R. 6.1(d), moves the Court, for a second enlargement of time to respond to Plaintiff's Complaint for Injunctive and Other Relief and in support thereof states:

1. On July 7, 2009, Velazquez notified the Court of an initial agreed two (2) week extension of time for her response through July 21, 2009.

2. Said time has not expired.

3. The parties are currently exploring settlement discussions which if successful will resolve Plaintiff's claims against Velazquez.

- 2 -

4. In an effort to avoid potentially unnecessary time and expense, Velazquez requests additional time through August 12, 2009 to file her response.

5. Plaintiff does not oppose and, in fact, supports this extension.

6. The extension is not for purposes of undue delay and should not cause any delay as the remaining Defendants' responses are not due until August 12, 2009.

WHEREFORE, Defendant Yolanda C. Velazquez, respectfully moves the Court for an enlargement of time, to and including August 12, 2009, in which to file her response to Plaintiff's Complaint for Injunctive and Other Relief, and for all other necessary and proper relief.

Respectfully submitted,

ICE MILLER LLP

By  s/ *Andrew J. Miroff*
    Andrew J. Miroff
    drew.miroff@icemiller.com

Attorneys for Defendant Yolanda C. Velazquez

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282
(317) 236-2100

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of July, 2009, a copy of the foregoing was filed electronically and may be accessed through the Court's electronic filing system by:

    C. Ian Anderson
    SECURITIES AND EXCHANGE COMMISSION
    801 Brickell Avenue, Suite 1800
    Miami, FL  33131
    andersonci@sec.gov

    Cory J. Skolnick
    Robert C. Webb
    FROST BROWN TODD
    400 W. Market Street, 32nd Fl.
    Louisville, KY  40202
    cskolnick@fbtlaw.com
    bwebb@fbtlaw.com

                                                  s/ *Andrew J. Miroff*
                                                  Andrew J. Miroff
                                                  drew.miroff@icemiller.com

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282
(317) 236-2100