UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No.:  1:09-CV-0704SEB-JMS |
| | ) |
| BERKSHIRE 2006-5, L.L.P, ET AL. | ) |
| | ) |
| **Defendants.** | ) |

**AFFIDAVIT OF SERVICE**

Nathan Carter states as follows:

1. I am over the age of eighteen-years-old and not a party to this action.

2. I served Jason Rose with a Summons and Complaint.

3. I served Berkshire 2006-5, L.L.P by leaving a copy of the aforementioned papers with Jason Rose, an individual authorized to accept service on behalf of Berkshire 2006-5, L.L.P at 7301 Abbott Glen Drive, Crestwood, KY 40014 on June 23, 2009.

4. The Affiant states nothing further.

_____
Nathan Carter
Process Server

COMMONWEALTH OF KENTUCKY        )
COUNTY OF JEFFERSON             )

Subscribed and sworn to before me by Nathan Carter this the  13  day of July, 2009.

My Commission Expires:  5-29-2012  .

_____
NOTARY PUBLIC