## UNITED STATES DISTRICT COURT
### For the
### SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| v. | )Civil Action No.:   1:09-CV-0704SEB-JMS |
| | ) |
| BERKSHIRE RESOURCES, LLC, et al. | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

### AFFIDAVIT OF SERVICE

Nathan Carter states as follows:

1.  I am over the age of eighteen-years-old and not a party to this action.

2.  I served Jason Rose with a Summons and Complaint.

3.  I served Berkshire Resources, LLC by leaving a copy of the aforementioned papers with Jason Rose, an individual authorized to accept service on behalf of Berkshire Resources, LLC at 7301 Abbott Glen Drive, Crestwood, KY 40014 on June 23, 2009.

4.  The Affiant states nothing further.

_____
Nathan Carter
Process Server

COMMONWEALTH OF KENTUCKY        )
COUNTY OF JEFFERSON             )

Subscribed and sworn to before me by Nathan Carter this the _13_ day of July, 2009.

My Commission Expires: _5-29-2012_ .

_____
NOTARY PUBLIC