UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA

SECURITIES AND EXCHANGE COMMISSION )
)
)
      **Plaintiff** )
v. )Civil Action No.:   1:09-CV-0704SEB-JMS
)
GUEYDAN CANAL 28-5, LLP, ET AL. )
)
)
      **Defendants.** )

## AFFIDAVIT OF SERVICE

Nathan Carter states as follows:

1. I am over the age of eighteen-years-old and not a party to this action.
2. I served Jason Rose with a Summons and Complaint.
3. I served Gueydan Canal 28-5, LLP by leaving a copy of the aforementioned papers with Jason Rose, an individual authorized to accept service on behalf of Gueydan Canal 28-5, LLP at 7301 Abbott Glen Drive, Crestwood, KY 40014 on June 23, 2009.
4. The Affiant states nothing further.

                                  Nathan Carter
                                  Process Server

COMMONWEALTH OF KENTUCKY    )
COUNTY OF JEFFERSON    )

Subscribed and sworn to before me by Nathan Carter this the 13 day of July, 2009.

My Commission Expires: 5-29-2012

NOTARY PUBLIC