UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA

SECURITIES AND EXCHANGE COMMISSION )
)
)
**Plaintiff** )
v. )Civil Action No.:   1:09-CV-0704SEB-JMS
)
PASSMORE-5, L.L.P., et al. )
)
)
**Defendants.** )

### AFFIDAVIT OF SERVICE

Nathan Carter states as follows:

1. I am over the age of eighteen-years-old and not a party to this action.

2. I served Jason Rose with a Summons and Complaint.

3. I served Passmore-5, L.L.P, Inc. by leaving a copy of the aforementioned papers with Jason Rose, an individual authorized to accept service on behalf of Passmore-5, L.L.P at 7301 Abbott Glen Drive, Crestwood, KY 40014 on June 23, 2009.

4. The Affiant states nothing further.

_____
Nathan Carter
Process Server

COMMONWEALTH OF KENTUCKY )
COUNTY OF JEFFERSON )

Subscribed and sworn to before me by Nathan Carter this the 13 day of July, 2009.

My Commission Expires: 5-29-2012

_____
NOTARY PUBLIC