UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>)<br>  Plaintiff )<br>v. )Civil Action No.: 1:09-CV-0704SEB-JMS<br>)<br>Gulf Coast Development #12, LLP, et al. )<br>)<br>)<br>  Defendants. ) | |

## AFFIDAVIT OF SERVICE

Nathan Carter states as follows:

1. I am over the age of eighteen-years-old and not a party to this action.

2. I served Jason Rose with a Summons and Complaint.

3. I served Gulf Coast Development #12, LLP by leaving a copy of the aforementioned papers with Jason Rose, an individual authorized to accept service on behalf of Gulf Coast Development #12, LLP at 7301 Abbott Glen Drive, Crestwood, KY 40014 on June 23, 2009.

4. The Affiant states nothing further.

_____
Nathan Carter
Process Server

COMMONWEALTH OF KENTUCKY    )
COUNTY OF JEFFERSON         )

Subscribed and sworn to before me by Nathan Carter this the 13 day of July, 2009.

My Commission Expires: 5-29-2012 .

_____
NOTARY PUBLIC