UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA

SECURITIES AND EXCHANGE COMMISSION )
)
)
       **Plaintiff** )
v. )Civil Action No.:   1:09-CV-0704SEB-JMS
)
DRILLING DEEP IN THE LOUISIANA WATER, J.V., et al. )
)
)
       **Defendants.** )

### AFFIDAVIT OF SERVICE

Nathan Carter states as follows:

1. I am over the age of eighteen-years-old and not a party to this action.
2. I served Jason Rose with a Summons and Complaint.
3. I served Drilling Deep in the Louisiana Water, J.V. by leaving a copy of the aforementioned papers with Jason Rose, an individual authorized to accept service on behalf of Drilling Deep in the Louisiana Water, J.V. at 7301 Abbott Glen Drive, Crestwood, KY 40014 on June 23, 2009.
4. The Affiant states nothing further.

                                              _____
                                              Nathan Carter
                                              Process Server

COMMONWEALTH OF KENTUCKY )
COUNTY OF JEFFERSON )

Subscribed and sworn to before me by Nathan Carter this the 13 day of July, 2009.

My Commission Expires: 5-29-2012 .

                                      _____
                                      NOTARY PUBLIC