UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CASE NO. 1:09-0704-SEB-JMS

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

v.

**BERKSHIRE RESOURCES, L.L.C.,
BERKSHIRE (40L), L.L.P.,
BERKSHIRE 2006-5, L.L.P.,
PASSMORE-5, L.L.P.,
GUEYDAN CANAL 28-5, L.L.P.,
GULF COAST DEVELOPMENT #12, L.L.P.,
DRILLING DEEP IN THE LOUISIANA WATER, J.V.,
JASON T. ROSE,
DAVID G. ROSE,
MARK D. LONG,
YOLANDA C. VELAZQUEZ,**

      **Defendants,**

**BRIAN C. ROSE AND JOYCE A. ROSE,**

      **Relief Defendants.**
_____/

### PLAINTIFF'S REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST CERTAIN DEFENDANTS

  Plaintiff Securities and Exchange Commission, pursuant to Fed. R. Civ. P. 55(a), asks the Clerk of Court to enter a default against Defendants Berkshire Resources, L.L.C., Berkshire (40L), L.L.P., Berkshire 2006-5, L.L.P., Passmore-5, L.L.P., Gueydan Canal 28-5, L.L.P., Gulf Coast Development #12, L.L.P., and Drilling Deep In the Louisiana Water, J.V. for failure to plead or otherwise defend, and states:

  1.  The Commission brought this action on June 9, 2009, to enjoin Berkshire Resources, L.L.C., its principals, Jason T. Rose and David G. Rose, the five limited liability

partnerships and one joint venture through which Berkshire carried out an offering fraud, and Mark D. Long and Yolanda Velazquez, Berkshire's head sales agents, from continuing to defraud investors through the sale of securities in violation of the federal securities laws. The Commission also named as relief defendants in the action Brian C. Rose and Joyce A. Rose. [DE 1].

2. On June 23, 2009, the Commission served Defendants Berkshire Resources, L.L.C. [D.E. 29], Berkshire (40L), L.L.P. [D.E. 27], Berkshire 2006-5, L.L.P. [D.E. 28], Passmore-5, L.L.P. [D.E. 31], Gueydan Canal 28-5, L.L.P. [D.E. 30], Gulf Coast Development #12, L.L.P. [D.E. 32], and Drilling Deep In the Louisiana Water, J.V. [D.E. 33] with a copy of the Summons and Complaint direct to each of those entities.

3. On September 12, 2009, Jason Rose, along with Relief Defendants Brian C. Rose and Joyce A. Rose, filed an Answer to the Complaint. [D.E. 24].

4. To date, Defendants Berkshire Resources, L.L.C., Berkshire (40L), L.L.P., Berkshire 2006-5, L.L.P., Passmore-5, L.L.P., Gueydan Canal 28-5, L.L.P., Gulf Coast Development #12, L.L.P., and Drilling Deep In the Louisiana Water, J.V. have not filed an answer or any other response to the Amended Complaint as required by Fed. R. Civ. P. 12.

WHEREFORE, the Commission moves the Clerk of the Court for entry of a Clerk's Default against Defendants Berkshire Resources, L.L.C., Berkshire (40L), L.L.P., Berkshire 2006-5, L.L.P., Passmore-5, L.L.P., Gueydan Canal 28-5, L.L.P., Gulf Coast Development #12, L.L.P., and Drilling Deep In the Louisiana Water, J.V.

Date:   October 6, 2009     Respectfully submitted,

                By:   s/C.Ian Anderson
                    C. Ian Anderson
                    Senior Trial Counsel
                    New York Reg. No. 2693067
                    Direct Dial:  (305) 982-6317
                    E-mail: andersonci@sec.gov
                    ***Lead Counsel***

                    Attorney for Plaintiff
                    **SECURITIES AND EXCHANGE COMMISSION**
                    801 Brickell Avenue, Suite 1800
                    Miami, Florida  33131
                    Telephone: (305) 982-6300
                    Facsimile:   (305) 536-4154

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2009, I electronically filed the foregoing document, along with attachments, with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document, along with attachments is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Peter B. King, Esq.
Fowler White Boggs
501 East Kennedy Boulevard, Suite 1700
Tampa, FL 33602
Phone:  (813) 222-3316
peter.king@fowlerwhite.com
*Attorney for Yolanda C. Velazquez*

Cory J. Skolnick, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Fax: (502) 581-1087
Email: cskolnick@fbtlaw.com
*Attorneys for Defendant Jason T. Rose
and Relief Defendants
Brian C. Rose and Joyce A. Rose*

Berkshire Resources, L.L.C.
Berkshire (40L), L.L.P.
Berkshire 2006-5, L.L.P.
Passmore-5, L.L.P.
Gueydan Canal 28-5, L.L.P.
Gulf Coast Development #12, L.L.P.
Drilling Deep in the Louisiana Water, J.V.
c/o Jason Rose
7301 Abbott Glen Drive
Crestwood, KY 40014
*Pro Se*

<u>s/C. Ian Anderson</u>
C. Ian Anderson