UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CASE NO. 1:09-0704-SEB-JMS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

BERKSHIRE RESOURCES, L.L.C.,
BERKSHIRE (40L), L.L.P.,
BERKSHIRE 2006-5, L.L.P.,
PASSMORE-5, L.L.P.,
GUEYDAN CANAL 28-5, L.L.P.,
GULF COAST DEVELOPMENT #12, L.L.P.,
DRILLING DEEP IN THE LOUISIANA WATER, J.V.,
JASON T. ROSE,
DAVID G. ROSE,
MARK D. LONG,
YOLANDA C. VELAZQUEZ,

    Defendants,

BRIAN C. ROSE AND JOYCE A. ROSE,

    Relief Defendants.
_____/

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO STAY ALL DEADLINES FOR NINETY-DAYS RELATING TO DEFENDANT YOLANDA VELAZQUEZ TO ALLOW THE COMMISSION TO CONSIDER HER OFFER OF SETTLEMENT THAT IF ACCEPTED WOULD ALLEVIATE THE NEED FOR A TRIAL**

  Plaintiff Securities and Exchange Commission files this unopposed motion to stay all deadlines for ninety-days relating to Defendant Yolanda C. Velazquez to allow the Commission to consider an offer of settlement that if accepted would alleviate the need for a trial.[1] The

---

[1] The only Defendant directly affected by this request for a stay is Velazquez, and she has consented to the filing of this motion. Counsel for the other parties that have appeared in this action – Defendant Jason Rose, and Relief Defendants Brian Rose and Joyce Rose – has indicated they also do not oppose this motion.

Commission staff and Velazquez have reached a signed settlement in principle, that if accepted by the members of the Commission in Washington, D.C, would resolve all claims and counts of the Commission's action against her.  Consequently, the Commission's staff needs time to submit the settlement proposal for approval by the members of the Commission in Washington, D.C.

Accordingly, the undersigned requests that the Court enter an order staying this action as against Velazquez, including all deadlines,[2] for ninety days so that the Commission's staff can submit the proposed settlement to the Commission for consideration and approval.  The undersigned submits this request is not made for delay, but in good faith and for good cause shown, since the Commission's approval of the proposed settlement would fully resolve this action against Velazquez without the need of a trial and the associated expenses of time and resources to the parties and the Court.  Upon consideration of the proposed settlement by the Commission, undersigned counsel will promptly notify the Court of the result.

WHEREFORE, the Commission requests the Court stay this case as against Velazquez for ninety days, and submits a proposed order with this motion.

Date:   October 22, 2009                           Respectfully submitted,

                                                    By:     s/C.Ian Anderson
                                                          C. Ian Anderson
                                                          Senior Trial Counsel
                                                          New York Reg. No. 2693067
                                                          Direct Dial:  (305) 982-6317
                                                          E-mail: andersonci@sec.gov
                                                          ***Lead Counsel***

                                                          Attorney for Plaintiff

---

[2] Velazquez has not yet answered the Complaint.  Pursuant to the most recent extension that was granted, her answer was due on October 20, 2009.

**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida  33131
Telephone: (305) 982-6300
Facsimile:   (305) 536-4154

## CERTIFICATE OF SERVICE

     I hereby certify that on October 22, 2009, I electronically filed the foregoing document, along with attachments, with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document, along with attachments is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/ C. Ian Anderson
                                          C. Ian Anderson

## SERVICE LIST

Securities and Exchange Commission v. Berkshire Resources, LLC, et al.
Case No.  1:09-0704-SEB-JMS
United States District Court, Southern District of Indiana

Peter B. King, Esq.
Fowler White Boggs
501 East Kennedy Boulevard, Suite 1700
Tampa, FL 33602
Phone:  (813) 222-3316
peter.king@fowlerwhite.com
*Attorney for Yolanda C. Velazquez*

Cory J. Skolnick, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Fax: (502) 581-1087
Email: cskolnick@fbtlaw.com
*Attorneys for Defendant Jason T. Rose
and Relief Defendants
Brian C. Rose and Joyce A. Rose*

Berkshire Resources, L.L.C.
Berkshire (40L), L.L.P.
Berkshire 2006-5, L.L.P.
Passmore-5, L.L.P.
Gueydan Canal 28-5, L.L.P.
Gulf Coast Development #12, L.L.P.
Drilling Deep in the Louisiana Water, J.V.
c/o Jason Rose
7301 Abbott Glen Drive
Crestwood, KY 40014
*Pro Se*

4

Case 1:09-cv-00704-SEB-JMS   Document 38   Filed 10/22/09   Page 5 of 5