IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION) <br>  ) <br> Plaintiff,  ) <br>  ) <br>  ) <br> vs.  ) <br>  ) <br> BERKSHIRE RESOURCES, L.L.C.,  ) <br> BERKSHIRE (40L), L.L.P,  ) <br> BERKSHIRE 2006-5, L.L.P.,  ) <br> PASSMORE-5, L.L.P.,  ) <br> GUEYDAN CANAL 28-5, L.L.P.,  ) <br> GULF COAST DEVELOPMENT #12, L.L.P.,  ) <br> DRILLING DEEP IN THE LOUISIANA  ) <br> WATER, J.V.,  ) <br> JASON T. ROSE,  ) <br> DAVID G. ROSE,  ) <br> MARK D. LONG,  ) <br> YOLANDA C. VELAZQUEZ  ) <br>  ) <br> Defendants,  ) <br>  ) <br> BRIAN C. ROSE AND JOYCE A. ROSE  ) <br>  ) <br> Relief Defendants  ) | <u>Electronically Filed</u> <br><br> Case No:  1-09-cv-0704-SEB-JMS |

**DEFENDANT AND RELIEF DEFENDANTS' INITIAL DISCLOSURES
AS REQUIRED BY FEDERAL RULE 26(a)(1)(A)**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A), Defendant Jason T. Rose and Relief Defendants Brian C. Rose and Joyce A. Rose (collectively "Defendants"), provide the following information:

**Rule 26(a)(1)(A)(i)**:  Based on investigation to date, Defendants are currently aware of the following individuals who are likely to have discoverable information that Defendants may use to support its claims or defenses:

1.       Jason T. Rose
   Crestwood, Kentucky
   *Please contact through undersigned counsel.*

   Knowledgeable about events alleged in the Complaint.

2.       David G. Rose
   Louisville, Kentucky

   Knowledgeable about events alleged in the Complaint.

3.       Mark D. Long
   Louisville, Kentucky

   Knowledgeable about events alleged in the Complaint.

4.       Yolanda C. Velazquez
   Winter Park, Florida

   Knowledgeable about events alleged in the Complaint.

5.       Brian C. Rose
   Louisville, Kentucky
   *Please contact through undersigned counsel.*

   Knowledgeable about events alleged in the Complaint.

6.       Joyce A. Rose
   Anchorage, Kentucky
   *Please contact through undersigned counsel.*

   Knowledgeable about events alleged in the Complaint.

Defendants are aware that there are or may be additional persons likely to have discoverable information that Defendants may use to support their position; however, Defendants are not aware of the names of any such persons at this time. As such, Defendants reserve the right to supplement these Disclosures as discovery develops.

**Rule 26(a)(1)(A)(ii)**: All currently known documents, data compilations, and tangible things that Defendants may use to support its claims or defenses are in the possession of its counsel and will be produced at a mutually convenient time and place. Specifically, Defendants

identify the following known categories of documents that it may use to support its claims, subject to any and all applicable privileges:

1. Documents reflecting 2006 compensation received by Managers, Members, Officers and Employees of Berkshire.

2. Documents reflecting 2007 compensation received by Managers, Members, Officers and Employees of Berkshire.

3. Documents reflecting payments in excess of $10,000 by Berkshire.

4. Promotional and marketing materials of Berkshire.

5. Suitability questionnaires and subscription agreements of investors for Berkshire (40L), LLP.

6. Suitability questionnaires and subscription agreements of investors for Berkshire 2006-5, LLP.

7. Berkshire (40L), LLP confidential PPM dated April 10, 2006.

8. Berkshire 2006-5, LLP confidential PPM dated October 27, 2006.

9. Passmore-5, LLP confidential PPM dated November 17, 2006.

10. Gulf Coast Development #12, LLP confidential PPM dated February 26, 2007.

11. Bank account records for Berkshire Resources, LLC.

12. Other bank records for individuals and entities that paid money to or received money from Berkshire.

13. Compensation paid by Berkshire for consulting fees and contract employees.

14. Documents relating professional accounting work done for Berkshire.

15. Berkshire payments made to The Orlando Sentinel and others for advertising.

16. 2006 State and Federal Tax Reporting documents for Berkshire.

17. Contracts and Promissory Notes between Berkshire and other individuals or entities.

18. Any electronic files and documents that might be related to the allegations in the Complaint.

Discovery is continuing and Defendants reserve the right to supplement these Disclosures as necessary.

**Rule 26(a)(1)(A)(iii)**:

Not applicable.

**Rule 26(a)(1)(A)(iv)**:

Not currently aware of any.

Respectfully submitted,

*/s/Robert C. Webb*
Robert C. Webb (KY No. 82773)
Cory J. Skolnick (KY No. 92258)
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
Phone: (502) 589-5400
Fax: (502) 581-1087
Email: bwebb@fbtlaw.com
          cskolnick@fbtlaw.com

*Attorneys for Defendant Jason T. Rose
and Relief Defendants
Brian C. Rose and Joyce A. Rose*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

C. Ian Anderson
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue
Suite 1800
Miami, Florida 33131
andersonci@sec.gov

Andrew J. Miroff
ICE MILLER LLP
One American Square
P.O. Box 82001
Indianapolis, IN 46204
drew.miroff@icemiller.com

                                                  *s/Cory J. Skolnick*
Robert C. Webb (KY No. 82773)
Cory J. Skolnick (KY No. 92258)
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
Phone: (502) 589-5400
Fax: (502) 581-1087
Email: bwebb@fbtlaw.com
         cskolnick@fbtlaw.com

*Attorneys for Defendant Jason T. Rose
and Relief Defendants
Brian C. Rose and Joyce A. Rose*

LOULibrary 0110780.0553356 883706v1