UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CASE NO. 1:09-0704-SEB-JMS

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

BERKSHIRE RESOURCES, L.L.C.,
BERKSHIRE (40L), L.L.P.,
BERKSHIRE 2006-5, L.L.P.,
PASSMORE-5, L.L.P.,
GUEYDAN CANAL 28-5, L.L.P.,
GULF COAST DEVELOPMENT #12, L.L.P.,
DRILLING DEEP IN THE LOUISIANA WATER, J.V.,
JASON T. ROSE,
DAVID G. ROSE,
MARK D. LONG,
YOLANDA C. VELAZQUEZ,

          Defendants,

BRIAN C. ROSE AND JOYCE A. ROSE,

          Relief Defendants.
_____/

### PLAINTIFF'S NOTICE OF FILING CONSENT OF DEFENDANT YOLANDA C. VELAZQUEZ AND REQUEST FOR ENTRY OF FINAL JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF

Plaintiff Securities and Exchange Commission hereby files the attached Consent of Defendant Yolanda C. Velazquez to entry of a Final Judgment of permanent injunction and other relief (the "Final Judgment").  Entry of this consent Final Judgment will resolve all issues in this matter as to Velazquez.  Accordingly, the Commission respectfully requests entry of the proposed Final Judgment against Velazquez.

DATED:  December 8, 2009        By:     s/ C. Ian Anderson
                                                          C. Ian Anderson
                                                          Senior Trial Counsel
                                                          New York Reg. No. 2693067
                                                          Direct Dial: (305) 982-6317
                                                           E-mail: andersonci@sec.gov

                                                          Attorneys for Plaintiff
                                                          SECURITIES AND EXCHANGE
                                                          COMMISSION
                                                          801 Brickell Avenue, Suite 1800
                                                          Miami, Florida 33131
                                                          Telephone:  (305) 982-6300

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2009, I electronically filed the foregoing document, along with attachments, with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document, along with attachments is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                              s/ C. Ian Anderson
                                                              C. Ian Anderson

## SERVICE LIST

Securities and Exchange Commission v. Berkshire Resources, LLC, et al.
Case No.  1:09-0704-SEB-JMS
United States District Court, Southern District of Indiana

Peter B. King, Esq.
Wiand Guerra King
3000 Bayport Drive
Tampa, FL 33607
Phone:  (813) 347-5103
pking@wiandlaw.com
*Attorney for Yolanda C. Velazquez*

Cory J. Skolnick, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Fax: (502) 581-1087
Email: cskolnick@fbtlaw.com
*Attorneys for Defendant Jason T. Rose*

*and Relief Defendants*
*Brian C. Rose and Joyce A. Rose*

Berkshire Resources, L.L.C.
Berkshire (40L), L.L.P.
Berkshire 2006-5, L.L.P.
Passmore-5, L.L.P.
Gueydan Canal 28-5, L.L.P.
Gulf Coast Development #12, L.L.P.
Drilling Deep in the Louisiana Water, J.V.
c/o Jason Rose
7301 Abbott Glen Drive
Crestwood, KY 40014
*Pro Se*