UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA

SECURITIES AND EXCHANGE COMMISSION   )
)
)
          **Plaintiff**                                             )
v.                                                      )Civil Action No.:   1:09-CV-0704SEB-JMS
)
BERKSHIRE RESOURCES, LLC, et al.   )
)
)
          **Defendants.**                               )

**<u>AFFIDAVIT OF SERVICE ATTEMPTS</u>**

Ray L. Lang, Jr. states as follows:

1. I am over the age of eighteen-years-old and not a party to this action.

2. I am a private investigator/process server with Lang Investigations, LLC, 5401 Bannon Crossings Drive, Louisville, KY 40218.

3. I first attempted service of Summons and Complaint on David Rose, 12202 Owl Cove Place, Anchorage, KY 40223 on June 22, 2009 at 7:00 p.m.

4. On June 3, 2009, I attempted to serve David Rose at 7301 Abbott Glen Drive, Crestwood, KY 40014, the home of his brother, Jason Rose.

5. I was advised by Jason Rose that David Rose was frequently out of town and could only be served through his attorney.

6. I then resumed my efforts to serve David Rose at 12202 Owl Cove Place, Anchorage, KY 40223 at various times and dates in September 2009 without success.

7. I then attempted to serve David Rose at the Gene Snyder United States Courthouse, 601 W. Broadway, Louisville, Kentucky 40202 on November 16, 2009 after receiving information that Mr. Rose would be appearing at a sentencing hearing.

8. When I attempted to serve Mr. Rose on November 16, 2009, at the Gene Snyder United States Courthouse I was advised by the Court Bailiff that the hearing had been rescheduled for December 18, 2009.

9. Before attempting service on December 18, 2009, I was advised that the sentencing hearing had been rescheduled again.



PLAINTIFF'S EXHIBIT A

10. The Affiant states nothing further.

_____
Ray L. Lang, Jr.
Process Server

COMMONWEALTH OF KENTUCKY      )
COUNTY OF JEFFERSON           )

Subscribed and sworn to before me by Ray L. Lang, Jr. on December 23, 2009.

My Commission Expires: __12/18/2012__.

_____
NOTARY PUBLIC