UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA

SECURITIES AND EXCHANGE COMMISSION )
)
)
**Plaintiff** )
v. ) Civil Action No.: 1:09-CV-0704SEB-JMS
)
BERKSHIRE RESOURCES, LLC, et al. )
)
)
**Defendants.** )

### AFFIDAVIT OF SERVICE ATTEMPTS

L. K. Lang states as follows:

1. I am over the age of eighteen-years-old and not a party to this action.

2. I am a process server with Lang Investigations, LLC, 5401 Bannon Crossings Drive, Louisville, KY 40218.

3. I attempted service of a Summons and Complaint on David Rose, 12202 Owl Cove Place, Anchorage, KY 40223, Mr. Rose's last known address, on the evening of January 27, 2010.

4. On that evening, the house was completely dark except for a single lamp which was on in the foyer of the house.

5. Despite my repeated knocks, no one answered the door and the lights in the home remained dark.

6. I did observe on that evening that a For Sale sign had been placed in the front yard of the aforementioned home.

7. The Affiant states nothing further.

*/s/ L. K. Lang*
L. K. Lang
Process Server



PLAINTIFF'S EXHIBIT B

COMMONWEALTH OF KENTUCKY  )
COUNTY OF JEFFERSON       )

Subscribed and sworn to before me by L. K. Lang on February 2, 2010.

My Commission Expires: April 8, 2012.

NOTARY PUBLIC