UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No.:  1:09-CV-0704SEB-JMS |
| | ) |
| BERKSHIRE RESOURCES, LLC, et al. | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

### AFFIDAVIT REGARDING ATTEMPTS OF SERVICE

Ray L. Lang, Jr. states as follows:

1. I am over the age of eighteen-years-old and not a party to this action.

2. I attempted to serve Mark Long with a Summons and Complaint at various addresses without success.

3. I attempted to serve Mr. Long on or about June 12, 2009 at 4311 Allicent Road, Louisville, KY 40207.

4. I attempted to serve Mr. Long on or about August 31, 2009 on 1829 E. Spring Street, New Albany, Indiana 47150.

5. I attempted to serve Mr. Long on September 21, 2009 at the following business locations:

Earth Energy Exploration
700 Missouri Avenue
Jefferson, IN

Homeland Securities Financial Services
9960 Corporate Campus Drive, Suite 1400
Louisville, KY 40223

6. I attempted to serve Mr. Long at Earth Energy Exploration, 1829 E. Spring Street, New Albany, IN on two occasions.

7. My effort to serve Mr. Long at the 1829 E. Spring Street, New Albany, IN was frustrated because the business was located inside a building with a high level of security.

8. When I attempted to approached the employees on a smoke break outside of the building, they acted very nervous and would not allow me entry.



9. The Affiant states nothing further.

_____
Ray L. Lang, Jr.
Process Server

COMMONWEALTH OF KENTUCKY )
COUNTY OF JEFFERSON )

Subscribed and sworn to before me by Ray L. Lang, Jr. this the 23d day of December, 2009.

My Commission Expires: 12/18/2012

_____
NOTARY PUBLIC