UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No.: 1:09-CV-0704SEB-JMS |
| | ) |
| BERKSHIRE RESOURCES, LLC, et al. | ) |
| | ) |
| **Defendants.** | ) |

### AFFIDAVIT REGARDING ATTEMPTS OF SERVICE

L. K. Lang states as follows:

1. I am over the age of eighteen-years-old and not a party to this action.

2. I attempted to serve Mark Long on or about January 27, 2010 at his last known address, namely 4311 Allicent Road, Louisville, KY 40207.

3. When I attempted to serve Mr. Long at the aforementioned address I was informed by the current resident, Charles Nix, that Mr. Long was a past resident.

4. Mr. Nix also stated that, while Mr. Long had not lived in the house for quite some time, Mr. Nix still received mail addressed to Mr. Long from time to time.

5. The Affiant states nothing further.

L. K. Lang
Process Server

COMMONWEALTH OF KENTUCKY    )
COUNTY OF JEFFERSON         )

Subscribed and sworn to before me by L. K. Lang this the 2d day of February 2010.

My Commission Expires: April 8, 2012

NOTARY PUBLIC

PLAINTIFF'S EXHIBIT D