UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CASE NO. 1:09-0704-SEB-JMS

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

v.

**BERKSHIRE RESOURCES, L.L.C.,**
**BERKSHIRE (40L), L.L.P.,**
**BERKSHIRE 2006-5, L.L.P.,**
**PASSMORE-5, L.L.P.,**
**GUEYDAN CANAL 28-5, L.LP.,**
**GULF COAST DEVELOPMENT #12, L.L.P.,**
**DRILLING DEEP IN THE LOUISIANA WATER, J.V.,**
**JASON T. ROSE,**
**DAVID G. ROSE,**
**MARK D. LONG,**
**YOLANDA C. VELAZQUEZ.**

      **Defendants.**

**BRIAN C. ROSE AND JOYCE A. ROSE,**

      **Relief Defendants.**

_____/

## PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

  Pursuant to the Case Management Plan [D.E. 48], Plaintiff Securities and Exchange Commission hereby provides the following preliminary witness and exhibit lists:

**A. Individuals Likely To Be Called As Witnesses at Trial**

  The Commission at this time believes it is likely to call the following individuals to testify at trial.

  1. Jason Rose
    7301 Abbott Glen Drive
    Crestwood, KY 40014

    2.    David G. Rose
          12202 Owl Cove Place
          Anchorage, KY 40223

    3.    Mark D. Long
          [Address unknown]

    4.    Yolanda Velazquez
          1835 Verde Way
          Orlando, FL 32835

    5.    Brian C. Rose
          2504 Little Hills Lane
          Louisville, KY 40233

    6.    Joyce A. Rose
          12202 Owl Cove Place
          Anchorage, KY 40223

    7.    Carl Hattler
          29 Tupelo Road
          Hilton Head Island, SC 29928

    8.    Debra Rich
          214 Keystone Court
          Elizabethtown, KY 42701

    9.    Weston Wilhelm
          61 Turnbridge Drive
          Hilton Head Island, SC 29928

**B.** **Documents Likely To Be Used As Exhibits At Trial**

The Commission at this time believes it is likely to introduce the following documents at trial:

    1.    Confidential Private Placement Memorandum for Berkshire (40L), LLP, dated April 10, 2006

    2.    Confidential Private Placement Memorandum for Berkshire 2006-5, LLP, dated October 27, 2006

    3.    Confidential Private Placement Memorandum for Gulf Coast Development #12, LLP, dated February 26, 2007

4. Confidential Private Placement Memorandum for Gueyden Canal 28-5, LLP, dated October 1, 2007

5. Confidential Private Placement Memorandum for Passmore-5, LLP, dated November 17, 2006

6. Confidential Private Placement Memorandum for Drilling Deep in the Louisiana Water, a Wyoming Joint Venture, dated September 29, 2006

7. Berkshire Resources, LLC Telephone Sales Scripts (various) from 2006

8. Berkshire Resources, LLC Orientation/Training Manual

        Respectfully submitted,

February 19, 2010    By:    /C. Ian Anderson
    C. Ian Anderson
    Senior Trial Counsel
    New York Reg. No. 2693067
    Direct Dial: (305) 982-6317
    E-mail: andersonci@sec.gov
    *Lead Counsel*

    Attorney for Plaintiff
    **SECURITIES AND EXCHANGE COMMISSION**
    801 Brickell Avenue, Suite 1800
    Miami, Florida 33131
    Telephone: (305) 982-6300
    Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 19, 2010, I electronically filed the foregoing document, along with attachments, with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/C. Ian Anderson
C. Ian Anderson

## SERVICE LIST

Securities and Exchange Commission v. Berkshire Resources, LLC, et al.
Case No. 1:09-0704-SEB-JMS
United States District Court, Southern District of Indiana

Peter B. King, Esq.
Fowler White Boggs
501 East Kennedy Boulevard, Suite 1700
Tampa, FL 33602
Phone: (813) 222-3316
peter.king@fowlerwhite.com
*Attorney for Yolanda C. Velazquez*

Berkshire Resources, L.L.C.
Berkshire (40L), L.L.P.
Berkshire 2006-5, L.L.P.
Passmore-5, L.L.P.
Gueydan Canal 28-5, L.L.P.
Gulf Coast Development #12, L.L.P.
Drilling Deep in the Louisiana Water, J.V.
c/o Jason Rose
7301 Abbott Glen Drive
Crestwood, KY 40014
*Pro Se*

Cory J. Skolnick, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Fax: (502) 581-1087
Email: cskolnick@fbtlaw.com
*Attorneys for Defendant Jason T. Rose
and Relief Defendants
Brian C. Rose and Joyce A. Rose*