IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | *Electronically Filed* |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No:  1-09-cv-0704-SEB-JMS |
| vs. | ) | |
| | ) | |
| BERKSHIRE RESOURCES, L.L.C., | ) | |
| BERKSHIRE (40L), L.L.P, | ) | |
| BERKSHIRE 2006-5, L.L.P., | ) | |
| PASSMORE-5, L.L.P., | ) | |
| GUEYDAN CANAL 28-5, L.L.P., | ) | |
| GULF COAST DEVELOPMENT #12, L.L.P., | ) | |
| DRILLING DEEP IN THE LOUISIANA | ) | |
| WATER, J.V., | ) | |
| JASON T. ROSE, | ) | |
| DAVID G. ROSE, | ) | |
| MARK D. LONG, | ) | |
| YOLANDA C. VELAZQUEZ | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| BRIAN C. ROSE AND JOYCE A. ROSE | ) | |
| | ) | |
| Relief Defendants | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Robert C. Webb, Cory J. Skolnick, and Frost Brown Todd LLC, counsel for Defendant Jason T. Rose and Relief Defendants Brian C. Rose and Joyce A. Rose (collectively "the Roses"), respectfully request that this Court permit them to withdraw from their representation of the Roses in this case.  In support of this Motion, counsel states that payments for its outstanding attorney's fees and costs are in arrears for several months.  As a result, counsel cannot effectively represent the Roses, and counsels' continued representation in this case would pose an

unreasonable financial burden on counsel. The Roses have been given both oral and written warning that counsel would withdraw from this action.

**WHEREFORE**, counsel for the Roses respectfully request that they and their law firm be permitted to withdraw from the representation of the Roses in this litigation, and that Defendant Jason T. Rose and Relief Defendants Brian C. Rose and Joyce A. Rose be given thirty (30) days to retain new counsel. Further, undersigned counsel respectfully request that all current deadlines, including requests for production of documents propounded by the Plaintiff for which written responses are due next week, be extended for a period of thirty (30) days as well.

Counsel for the Roses provided notice of this Motion to Counsel for the Plaintiff, Mr. Ian Anderson, prior to filing this Motion. A proposed Order is tendered herewith.

Respectfully submitted,

*s/Robert C. Webb*
Robert C. Webb (KY No. 82773)
Cory J. Skolnick (KY No. 92258)
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
Phone: (502) 589-5400
Fax: (502) 581-1087
Email: bwebb@fbtlaw.com
cskolnick@fbtlaw.com

*Attorneys for Defendant Jason T. Rose and Relief Defendants Brian C. Rose and Joyce A. Rose*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

C. Ian Anderson
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue
Suite 1800
Miami, Florida 33131
andersonci@sec.gov

Andrew J. Miroff
ICE MILLER LLP
One American Square
P.O. Box 82001
Indianapolis, IN 46204
drew.miroff@icemiller.com

*Robert C. Webb*
Robert C. Webb (KY No. 82773)
Cory J. Skolnick (KY No. 92258)
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky  40202
Phone:  (502) 589-5400
Fax:  (502) 581-1087
Email:  bwebb@fbtlaw.com
        cskolnick@fbtlaw.com

*Attorneys for Defendant Jason T. Rose and Relief Defendants Brian C. Rose and Joyce A. Rose*