UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CASE NO. 1:09-0704-SEB-JMS

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

BERKSHIRE RESOURCES, L.L.C.,
BERKSHIRE (40L), L.L.P.,
BERKSHIRE 2006-5, L.L.P.,
PASSMORE-5, L.L.P.,
GUEYDAN CANAL 28-5, L.L.P.,
GULF COAST DEVELOPMENT #12, L.L.P.,
DRILLING DEEP IN THE LOUISIANA WATER, J.V.,
JASON T. ROSE,
DAVID G. ROSE,
MARK D. LONG,
YOLANDA C. VELAZQUEZ,

Defendants,

BRIAN C. ROSE AND JOYCE A. ROSE,

Relief Defendants.
_____/

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO STAY ALL DEADLINES FOR NINETY-DAYS RELATING TO DEFENDANT JASON T. ROSE AND RELIEF DEFENDANTS BRIAN C. ROSE AND JOYCE A. ROSE TO ALLOW THE COMMISSION TO CONSIDER THEIR OFFERS OF SETTLEMENT THAT IF ACCEPTED WOULD <u>ALLEVIATE THE NEED FOR A TRIAL</u>**

Plaintiff Securities and Exchange Commission, through its undersigned counsel, hereby files this unopposed motion to stay all deadlines for ninety-days relating to Defendant Jason T. Rose and Relief Defendants Brian C. Rose and Joyce A. Rose (together, the "Defendants") to allow the Commission time to consider offers of settlement that if accepted would alleviate the

need for a trial against these Defendants.[1]  The Commission staff and Defendants have reached signed settlement in principle, that if accepted by the members of the Commission in Washington, D.C, would resolve all claims and counts of the Commission's action against them. Consequently, the Commission's staff needs time to submit the settlement proposal for approval by the members of the Commission in Washington, D.C.

Accordingly, the undersigned requests that the Court enter an order staying this action as against these Defendants, including all deadlines and hearings,[2] for ninety days so that the Commission's staff can submit the proposed settlement to the Commission for consideration and approval.  The undersigned submits this request is not made for delay, but in good faith and for good cause shown, since the Commission's approval of the proposed settlement would fully resolve this action against Defendants without the need of a trial and the associated expenses of time and resources to the parties and the Court.  Upon consideration of the proposed settlement by the Commission, undersigned counsel will promptly notify the Court of the result.

Counsel for the Commission has conferred with Defendants' counsel and they concur in this motion.

WHEREFORE, the Commission requests the Court stay this case as against Defendants for ninety days, and submits a proposed order with this motion.

Date:   March 24, 2010                           Respectfully submitted,

---

[1] A Final Judgment has already been entered against Defendant Yolanda C. Velazquez [D.E. 50].  Default Judgments have been entered against Defendants Berkshire Resources, L.L.C., Berkshire (40L), L.L.P., Berkshire 2006-5, L.L.P., Passmore-5, L.L.P., Gueydan Canal 28-5, L.L.P., Gulf Coast Development #12, L.L.P., and Drilling Deep In the Louisiana Water, J.V. [D.E. 45].  The Commission is still attempting to serve the remaining two Defendants, David G. Rose and Mark D. Long.

[2] There is currently a hearing scheduled for March 29, 2009 at 1:30 p.m. on Defendants' counsel's motion to withdraw [D.E. 55] and a status conference that same day at 2:00 p.m., both before Magistrate Jane Magnus-Stinson [D.E. 56].

By: <u>s/C.Ian Anderson</u>
C. Ian Anderson
Senior Trial Counsel
New York Reg. No. 2693067
Direct Dial:  (305) 982-6317
E-mail: andersonci@sec.gov
***Lead Counsel***

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida  33131
Telephone: (305) 982-6300
Facsimile:   (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2010, I electronically filed the foregoing document, along with attachments, with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document, along with attachments is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                    s/ C. Ian Anderson
                                                                    C. Ian Anderson

## SERVICE LIST

Securities and Exchange Commission v. Berkshire Resources, LLC, et al.
Case No.  1:09-0704-SEB-JMS
United States District Court, Southern District of Indiana

Cory J. Skolnick, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Fax: (502) 581-1087
Email: cskolnick@fbtlaw.com
*Attorneys for Defendant Jason T. Rose*
*and Relief Defendants*
*Brian C. Rose and Joyce A. Rose*

Berkshire Resources, L.L.C.
Berkshire (40L), L.L.P.
Berkshire 2006-5, L.L.P.
Passmore-5, L.L.P.
Gueydan Canal 28-5, L.L.P.
Gulf Coast Development #12, L.L.P.
Drilling Deep in the Louisiana Water, J.V.
c/o Jason Rose
7301 Abbott Glen Drive
Crestwood, KY 40014
*Pro Se*