UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CASE NO. 1:09-0704-SEB-JMS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

BERKSHIRE RESOURCES, L.L.C.,
BERKSHIRE (40L), L.L.P.,
BERKSHIRE 2006-5, L.L.P.,
PASSMORE-5, L.L.P.,
GUEYDAN CANAL 28-5, L.L.P.,
GULF COAST DEVELOPMENT #12, L.L.P.,
DRILLING DEEP IN THE LOUISIANA WATER, J.V.,
JASON T. ROSE,
DAVID G. ROSE,
MARK D. LONG,
YOLANDA C. VELAZQUEZ,

        Defendants,

BRIAN C. ROSE AND JOYCE A. ROSE,

        Relief Defendants.
_____/

ORDER *GRANTING* PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
UNOPPOSED MOTION TO STAY ALL DEADLINES FOR NINETY-DAYS RELATING
TO DEFENDANT JASON T. ROSE AND RELIEF DEFENDANTS
BRIAN C. ROSE AND JOYCE A. ROSE TO ALLOW THE COMMISSION TO
CONSIDER THEIR OFFER OF SETTLEMENT THAT IF ACCEPTED
<u>WOULD ALLEVIATE THE NEED FOR A TRIAL</u>

**THIS CAUSE** came before the Court upon the Plaintiff Securities and Exchange Commission's unopposed motion to stay all deadlines for ninety-days relating to Defendant Jason T. Rose and Relief Defendants Brian C. Rose and Joyce A. Rose (together, the "Defendants") to allow the Commission to consider their offers of settlement that if accepted would alleviate the need for a trial against them. The Commission's staff requests a ninety-day

2

stay of this action as against those Defendants so the members of the Commission can consider their offers of settlement.  Based upon the foregoing, and the Court being otherwise fully advised in the premises and the record, accordingly:

**IT IS HEREBY ORDERED** that this cause and all deadlines relating to Defendants Brian Rose, Jason Rose, and Joyce Rose are stayed for ninety-days from the date of this Order to allow the Commission to consider their signed settlement offers.  Counsel for the Commission shall promptly inform the Court once he learns of the Commission's determination.

**DONE AND ORDERED**

03/25/2010

*Jane Magnus-Stinson*
Jane Magnus-Stinson
United States Magistrate Judge
Southern District of Indiana

Copies to All Counsel of Record