AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Berkshire Resources, L.L.C., et al. | ) | |
| Defendant | ) | 1:09-cv-0704 SEB -JMS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mark D. Long
4311 Alicent Road
Louisville, KY 40207

PERSON SERVED : _____

DATE _____ TIME _____

PROCESS SERVER : _____

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   CLERK

*Signature of Clerk or Deputy Clerk*

JUN 0 8 2009

Date: _____

Eagle Legal Services
424 E. Central Blvd. # 377
Orlando, FL 32801

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* __MARK D. LONG__

was received by me on *(date)* __MARCH 18, 2010__ .

☒ I personally served the summons on the individual at *(place)* __700 Missouri Ave, Jeffersonville, Indiana__ on *(date)* __3/25/2010__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __MARCH 25, 2010__

*Matt B. [signature] 3/25/10*

**OFFICIAL SEAL
MATTHEW BICKETT
NOTARY PUBLIC – INDIANA
CLARK COUNTY
My Comm. Expires Mar. 5, 2017**

*[signature]*
Server's signature

__William M. McAuliffe__
Printed name and title

__4114 Girevlos Terrace, Louisville, KY 40241__
Server's address

Additional information regarding attempted service, etc: