# EXHIBIT B

## Declaration of Gil Whitlock

Pursuant to 28 U.S.C. 1746, the undersigned states as follows:

My name is Gil Whitlock and I am over 21 years of age. I have personal knowledge of the matters set forth here in.

Since 1992, I have been president of Associated Investigations, LTD. My main business address is 15 S. St., Collinsville, CT 06019

Associated provides private investigative services throughout the United States. My job duties require me to commit to a full range of investigative services, supervise staff, and licensed professional colleague vendors in conducting private investigations.

Patricia Soto, of the SEC Miami Regional Office requested that Associated conduct surveillance and investigation to locate and serve one David Rose. No firm address information was provided or known.

> Two suspected addresses were provided in KY, and another two possible addresses were provided in IN for Mr. Rose.

> Associated conducted extensive surveillance and investigation at these addresses to locate Mr. Rose and effect Service of a Summons and complaint. Surveillance and investigation were conducted on the following dates and

times. The addresses are as follows: 3910 Keal Run Way, Louisville, KY ,12202 Owl Cove Place, Anchorage, KY , 700 Missouri Ave, Jeffersonville, IN, 1829 E. Spring St, New Albany, IN

Wednesday March 10, 2010 ……….6:30AM to 12:45PM

Thursday March 11, 2010…………….9:50AM to 3:30PM

Tuesday March 16, 2010………………7:00AM to 11:00AM

Wednesday March 17, 2010…………6:30AM to 2:30PM

Monday March 22, 2010……………..7:00AM to 11:00AM

Tuesday March 23, 2010……………10:45AM to 5:43PM

Thursday March 25, 2010…………….9:00AM to 11:00AM


Associated did not observe Mr. Rose throughout the course of this surveillance period.


Associated conducted discrete interviews with neighbors, family members, and neighborhood workers with respect to the two addresses in Kentucky which were residential. We did not observe Mr. Rose, nor were unable to verify that Mr. Rose is currently at either residential address. An undercover discussion conducted with a resident of one of the addresses suggested that Mr. Rose had been at the residence. This relative shares the home at the address in question with his sister, who is an associate of Mr. Rose.


Investigation and interviews in the neighborhood indicate that the second Kentucky residential address is that of Mr. Rose's former wife. Interviews determined Mr. Rose and his former wife are divorced, and he does not live there any longer.


Additional research, interviews, and investigation at a commercial address, provided as a possible address of interest, ( #700 Missouri Ave, Jeffersonville,

IN) indicate that David Rose maintains an association with people at this address and does spend time there. A vehicle registered to one Jason Rose was identified and located parked at this address on 03/23/2010. Mark Long, an associate and co-defendant of Mr. Rose was located and served at this address. (700 Missouri Ave, Jeffersonville, IN) Mr. Rose was not present during the course of our investigation at this location. Based upon our investigation, I believe that he was out of town.

Mr. Roses' associate, Mandy Ward, was served with a subpoena at the first Kentucky residential address, 3910 Keal Run Way, Louisville, KY.

Based upon our research and investigation to date, and my 20 years experience as a private investigator, I believe service can be effected upon David Rose if Associated is provided additional time to continue with our investigation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my belief and knowledge.

*Gilbert Whitlock*
Gilbert Whitlock